UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Vance Cadd, derivatively on
behalf of Patterson Companies,,

      Plaintiff,

vs.

James W. Wiltz, R. Stephen Armstrong,
Peter L. Frechette, Jeffrey H.
Webster, Ronald E. Ezerski, Andre B.
Lacy, Ellen A. Rudnick, David K.
Beecken, Patterson Companies, Inc.,
a Minnesota corporation and nominal
defendant.,

      Defendants.

Civil No. 05-2155 (RHK/AJB)

**DISQUALIFICATION AND
ORDER FOR REASSIGNMENT**

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated February 10, 2003, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: September 20, 2005

                                                s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge